

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00462-CV

| | | |
|---|---|---|
| DONALD W. READ, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-306356-19) |
| V. | § | April 2, 2020 |
| TDCJ POLICY AND JOHN FLOYD, Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr